

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2016

No. 04-16-00522-CR

**IN RE** Daniel **GUTIERREZ-LOPEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:         Sandee Bryan Marion, Chief Justice
                   Rebeca C. Martinez, Justice
                   Jason Pulliam, Justice

On August 15, 2016, Relator filed a petition for writ of mandamus. The court has considered Relator's petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 11, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013CR7741, styled *State of Texas v. Daniel Gutierrez-Lopez*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.